AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Jack P. Katz

v.

Ernest A. Gerardi

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 4035

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's 9/23/08 memorandum opinion and order, plaintiff's motion to remand is granted.

Michael W. Dobbins, Clerk of Court

Date: 10/1/2008

/s/ Melanie A. Foster, Deputy Clerk