IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01340-WYD-CBS

JACK P. KATZ;
STEVEN A. STENDER; and
INFINITY CLARK STREET OPERATING,
on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

ERNEST A. GERARDI, JR.,
RUTH ANN M. GILLIS;
NED S. HOLMES;
ROBERT P. KOGOD;
JAMES H. POLK III;
JOHN C. SCHWEITZER;
R. SCOT SELLERS;
ROBERT H. SMITH;
STEPHEN R. DEMERITT;
CHARLES MUELLER, JR.;
CAROLINE BROWER;
MARK SCHUMACHER;
ALFRED G. NEELY;
ARCHSTONE-SMITH OPERATING TRUST;
ARCHSTONE-SMITH TRUST; and
TISHMAN SPEYER DEVELOPMENT CORPORATION,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion Pursuant To The Requirements Of The Private Securities Litigation Reform Act For An Order Appointing Lead Plaintiffs And Approving Their Selection of Lead Counsel [doc. #45], filed November 3, 2009, is **DENIED**. Per Minute Order of November 3, 2009, this matter is set for hearing and status conference on December 21, 2009 at 1:00 p.m. in Court Room A-1002.

    Dated: November 4, 2009.