IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01340-WYD-CBS

JACK P. KATZ;
STEVEN A. STENDER; and
INFINITY CLARK STREET OPERATING,
on behalf of themselves and all others similarly situated,

      Plaintiffs,

v.

ERNEST A. GERARDI, JR.,
RUTH ANN M. GILLIS;
NED S. HOLMES;
ROBERT P. KOGOD;
JAMES H. POLK III;
JOHN C. SCHWEITZER;
R. SCOT SELLERS;
ROBERT H. SMITH;
STEPHEN R. DEMERITT;
CHARLES MUELLER, JR.;
CAROLINE BROWER;
MARK SCHUMACHER;
ALFRED G. NEELY;
ARCHSTONE-SMITH OPERATING TRUST;
ARCHSTONE-SMITH TRUST; and
TISHMAN SPEYER DEVELOPMENT CORPORATION,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendants' Unopposed Motion to Vacate and Reset the January 29, 2010 hearing on Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint [52], filed January 4, 2010, is **GRANTED.**  The hearing on Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint set for Friday, January 29, 2010, at 9:00 a.m. is **VACATED.**

The parties shall coordinate a conference call and contact Eliott Hedin in my Chambers at 303-335 2170 on or before January 15, 2010 to reschedule the hearing.

Dated: January 5, 2010.