**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: March 22, 2010 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **09-cv-01340-WYD-CBS**        <u>Counsel:</u>

**JACK P. KATZ**,                                                    Kenneth A. Wexler
                                                                              Lee Squitieri
            Plaintiff,

v.

**ERNEST A. GERARDI, JR., et al.**,                    Alex C. Myers
                                                                              Jonathan D. Polkes
            Defendants.                                              Ashish D. Gandhi

**COURTROOM MINUTES**

**MOTIONS HEARING**

**2:07 p.m.**   Court in Session

                     APPEARANCES OF COUNSEL.

                     Court's opening remarks.

2:08 p.m.    Discussion regarding another case before Judge Robert E. Blackburn.

                     Defendants' Motion to Dismiss Amended Class Action Complaint [doc. #32], filed
                     September 21, 2009, is raised for argument.

2:10 p.m.    Argument by Defendants (Mr. Polkes).

2:35 p.m.    Argument by Plaintiff (Mr. Squitieri).

3:14 p.m.    Argument by Defendants (Mr. Polkes).

**ORDERED:** Defendants' Motion to Dismiss Amended Class Action Complaint [doc. #32], filed September 21, 2009, is **TAKEN UNDER ADVISEMENT.**

3:21 p.m.       Discussion regarding the status of the case going forward.

**3:27 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:20**