IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 09-cv-01340-WYD-CBS

JACK P. KATZ;
STEVEN A. STENDER; and
INFINITY CLARK STREET OPERATING,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

ERNEST A. GERARDI, JR.,
RUTH ANN M. GILLIS;
NED S. HOLMES;
ROBERT P. KOGOD;
JAMES H. POLK III;
JOHN C. SCHWEITZER;
R. SCOT SELLERS;
ROBERT H. SMITH;
STEPHEN R. DEMERITT;
CHARLES MUELLER, JR.;
CAROLINE BROWER;
MARK SCHUMACHER;
ALFRED G. NEELY;
ARCHSTONE-SMITH OPERATING TRUST;
ARCHSTONE-SMITH TRUST; and
TISHMAN SPEYER DEVELOPMENT CORPORATION,

Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order, filed on August 3, 2010, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment is hereby entered in favor of Defendants, Ernest A. Gerardi; Jr., Ruth Ann M. Gillis; Ned S. Holmes; Robert P. Kogod; James H. Polk, III; John C. Schweitzer; R. Scot Sellers; Robert H. Smith; Stephen R. Demeritt; Charles Mueller, Jr.; Caroline Brower; Mark Schumacher; Alfred G. Neely; Archstone-Smith Operating Trust; Archstone-Smith Trust; and Tishman Speyer Development Corporation, and against Plaintiffs, Jack P. Katz; Steven A. Stender; and Infinity Clark Street Operating, on behalf of themselves and all others similarly situated, on Defendants' Motion to Dismiss Amended Class Action Complaint. It is further

ORDERED that Plaintiff's amended complaint and this civil action are dismissed with prejudice. It is further

ORDERED that each side shall bear its own attorneys' fees and costs.

DATED at Denver, Colorado this 4th day of August, 2010.

FOR THE COURT:

GREGORY C. LANGHAM, CLERK

s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk